UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-cv-61305-RS

ALBERTO ROCHE
and other similarly situated individuals,

    Plaintiff(s),

v.

N.C.J. RESTAURANT GROUP LLC,
d/b/a EATAPAS
CHRISTIAN JACQUES,
and JADER OLIVEIRA, individually

    Defendants,
_____/

## NOTICE OF SETTLEMENT

Plaintiff ALBERTO ROCHE agreed to settle her claims against Defendants N.C.J. RESTAURANT GROUP LLC d/b/a EATAPAS CHRISTIAN JACQUES and JADER OLIVEIRA. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of finalizing all the necessary settlement documentation.

Dated: June 7, 2023

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500

Facsimile: (305) 446-1502

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: June 7, 2023.

                                                  Respectfully submitted,

                                                  **/s/ Zandro E. Palma**
                                                  ZANDRO E. PALMA, ESQ.

## SERVICE LIST
## CASE NO.: 22-cv-61305-RS

Aaron W. Tandy, Esq.
Florida Bar No.: 190144
atandy@pst.law
PATHMAN SCHERMER TANDY, LLP
One Biscayne Tower, Suite 2400
Two S. Biscayne Boulevard
Miami, Florida 33131
Phone No: (305) 379-2425
Fax No: (305) 379-2420
*Attorneys for Defendants*

Zandro E. Palma, Esq.
The Law Offices of Zandro E. Palma PA
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: 305-446-1500
Fax: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Attorneys for Plaintiff*